# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTGARD INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>LYNN M. FAGAN, individually and d/b/a BRIGHT FUTURES SOBER LIVING HOMES and CHERYL LOCONTE, individually and as Administratrix of the ESTATE OF AMANDA M. LACONTE,<br><br>Defendants. | CIVIL ACTION NO. 3:18-CV-00714<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 31st day of July, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Cheryl LoConte's Motion to Dismiss (*Doc.* 13) is **GRANTED** in part and **DENIED** in part.

    (a) Defendant Cheryl LoConte's Motion to Dismiss is **DENIED** with respect to Counts I and II.

    (b) Counts III, IV, V, and VI are **DISMISSED without prejudice**.

                                                         /s/ A. Richard Caputo
                                                        A. Richard Caputo
                                                        United States District Judge